# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS6

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 5:21-cv-01799-RGK-SP |
| Date | November 8, 2021 |
| Title | *Theresa Brooke v. H.I.S. of San Bernardino Inc.* |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:

Not Present                            Not Present

**Proceedings:**   (IN CHAMBERS) Order Dismissing Action for Failure to Respond to OSC

On October 28, 2021 the Court issued an Order to Show Cause ordering Plaintiff to provide certain information regarding damages sought and whether Plaintiff or Counsel satisfy the definition of a "high-frequency litigant." In its order, the Court warned that failure to timely or adequately respond to the OSC may, without further warning, result in the dismissal of the entire action without prejudice. The Court ordered Plaintiff to respond in writing no later than November 4, 2021.

To date, Plaintiff has not filed a response. Therefore, the Court hereby **dismisses without prejudice**, the action in its entirety.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer        jre